IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE BADUE,

       Plaintiff,                         No. 2:09-cv-2859 JFM (PC)

    vs.

SHERIFF JOHN MCGINNESS,
et al.,

       Defendants.                   ORDER

_____/

       Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed November 5, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On November 13, 2009, plaintiff's copy of the order was returned marked undeliverable. On November 30, 2009, the order was re-served on plaintiff at his new address. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 6, 2010.

*(signature)*
UNITED STATES MAGISTRATE JUDGE

/001;badu2859.fta